**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOCRX, INC., ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 1:13-cv-08579 <br><br> Honorable Judge Dow <br> Magistrate Judge Valdez |

**STIPULATION TO DISMISS**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**
GLEN ELLYN PHARMACY, INC.

/s/ Dulijaza Clark
Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200

**DEFENDANT**
DOCRX, INC.

/s/ Tonya G. Newman
Tonya G. Newman (6286958)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000

Richard M. Gaal (*Admitted Pro Hac Vice*)
McDowell Knight Roedder & Sledge, LLC
11 North Water Street, Suite 13290
RSA Battle House Tower
Post Office Box 350 (36601)
Mobile, Alabama 36602
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I, Dulijaza Clark, certify that on July 31, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via the Court's CM/ECF system, on the following parties:

    Tonya G. Newman (6286958)
    NEAL, GERBER & EISENBERG LLP
    Two North LaSalle Street, Suite 2200
    Chicago, IL 60602-3801
    (312) 269-8000

    Richard M. Gaal (*Admitted Pro Hac Vice*)
    Samuel P. Maness *(Admitted Pro Hac Vice)*
    McDowell Knight Roedder & Sledge, LLC
    11 North Water Street, Suite 13290
    RSA Battle House Tower
    Post Office Box 350 (36601)
    Mobile, Alabama 36602

            /s/ Dulijaza Clark
            Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)