UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Glen Ellyn Pharmacy, Inc.

                      Plaintiff,

v.                                                     Case No.: 1:13–cv–08579
                                                          Honorable Robert M. Dow Jr.

DocRx, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. Proc. 41(a), the parties hereby stipulate and agree to the dismissal of Plaintiffs individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's classclaims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action. Motion to certify class [4] is dismissed. Status hearing date of 9/10/2014 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.